**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JEFF S. DREWRY, individually and
on behalf of all wrongful death beneficiaries
and as administrator of the
Estate of Bobby Drewry                                                        PLAINTIFF

v.                                    No. 4:12-cv-0153 KGB

3M COMPANY (sued individually and as
successor-in-interest to Minnesota Mining
and Manufacturing Company);
CYPRUS AMAX MINERALS CO. (sued as a
successor-in-interest to Cyprus Mineral Co.);
IMERYS TALC, INC. (sued individually and as
successor-in-interest to Luzenac Group and as
successor-in-interest to Cyprus Minerals Co.);
JOHN DOES 1-10                                                                DEFENDANTS

**ORDER**

Aaron L. Martin, local counsel for plaintiff, has filed a motion to make special appearance pursuant to Local Rule 83.5 on behalf of Bradlyn J. Cole (Dkt. No. 26). The motion is GRANTED. Bradlyn J. Cole is hereby admitted to appear before this Court as co-counsel in this action for the plaintiff.

SO ORDERED this 1st day of August, 2012.

_____
Kristine G. Baker
United States District Judge