IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF S. DREWRY, *Individually,*
*and on behalf of all wrongful*
*death beneficiaries, and as administrator*
*of the* ESTATE OF BOBBY DREWRY                                                        PLAINTIFF

V.                                      CASE NO. 4:12-CV-0153

3M COMPANY (*sued Individually and as*
*a successor-in-interest to* MINNESOTA
MINING AND MANUFACTURING COMPANY),
CYPRUS AMEX MINERALS CO. (*sued as*
*successor-in-interest to* CYPRUS MINERALS CO.,)
IMERYS TALC, INC., and IMERYS TALC AMERICA, INC.,
(*sued individually and as successor-in-interest to*
LUZENAC GROUP *and as successor-in-interest to*
CYPRUS MINERALS CO.,) JOHN DOES 1-10                                          DEFENDANTS

## AGREED ORDER ON EXPERT DISCLOSURES

The Court is informed that the parties have agreed to extend the expert disclosure date set forth in final scheduling order. The scheduling order presently sets the date for case in chief expert witness disclosure January 14, 2013 and the rebuttal disclosure date as February 18, 2013. The parties have agreed to extend the deadline for the case in chief expert disclosure to February 26, 2013 and rebuttal disclosures to March 29, 2013. The Court finds that such extensions are reasonable and grants the extension.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: Jan. 10, 2013

/s/ Daniel R. Carter
Daniel R. Carter (Ark. Bar No. 80023)
James, Carter & Coulter, PLC
500 Broadway, Suite 400
Post Office Box 907
Little Rock, Arkansas 72203-0907
501-372-1414
dcarter@jamescarterlaw.com

**Attys for Imerys Talc America, Inc.**


/s/ Aaron L. Martin
Aaron L. Martin, Esq.
Martin & Kieklak
Post Office Box 3597
Fayetteville, AR  72702
479-442-2244
aaron@mklawfirm.com

**Attys for Jeff Drewry**


/s/ James C. Ferrell
James C. Ferrell, Esq.
Brandon Hughes, Esq.
R.G. Taylor, II, P.C. & Assoc.
One Allen Center
500 Dallas, Suite 3400
Houston, TX  77002
713-654-7799
Fax:  713-654-7814
brandonhughes@rgtaylorlaw.com
jferrell@rgtaylorlaw.com

**Attys for Jeff Drewry**


/s/ Ronald D. Harrison
Ronald D. Harrison, Esq.
Ledbetter, Cogbill, Arnold & Harrison, LLP
Post Office Box 185
Fort Smith, AR  72902-0185
479-782-7294
rharrison@lcahlaw.com

**Atty for Cyprus Amax Minerals Company**