**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JEFF S. DREWRY, individually and
on behalf of all wrongful death beneficiaries
and as administrator of the
Estate of Bobby Drewry**                                             **PLAINTIFF**


**v.**                              **No. 4:12CV0153 KGB**

**3M COMPANY (sued individually and as
successor-in-interest to Minnesota Mining
and Manufacturing Company);
CYPRUS AMAX MINERALS CO. (sued as a
successor-in-interest to Cyprus Mineral Co.);
IMERYS TALC, INC. (sued individually and as
successor-in-interest to Luzenac Group and as
successor-in-interest to Cyprus Minerals Co.);
JOHN DOES 1-10**                                                   **DEFENDANTS**

<u>**ORDER**</u>

Upon joint motion of plaintiff and separate defendant 3M Company, and it appearing to the Court they have entered into a settlement agreement to resolve their differences, the Court finds the plaintiff's complaint should be and it is hereby dismissed with prejudice as to the separate defendant 3M Company.  This Order is without affect as to plaintiff's remaining claims against other defendants.

SO ORDERED this 1st day of May, 2013.

_____
Kristine G. Baker
United States District Judge