IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF S. DREWRY, *individually, and on behalf of all wrongful death beneficiaries, and as administrator of the* ESTATE OF BOBBY DREWRY          PLAINTIFF

VS.          CASE NO. 4:12-CV-0153-DPM

CYPRUS AMAX MINERALS CO. (*sued as successor-in-interest to* CYPRUS MINERALS CO.);
IMERYS TALC INC. and
IMERYS TALC AMERICA INC. (*sued individually and as successor-in-interest to* LUZENAC GROUP *and as successor-in-interest to* CYPRUS MINERALS CO.);
BASF CORPORATION;
THE C P HALL COMPANY;
H.M. ROYAL, INC.;
RIBELIN SALES, INC.;
WHITTAKER, CLARK & DANIELS, INC.;
PIRELLI ARMSTRONG TIRE CORPORATION 3 (*a/k/a* PIRELLA ARMSTRONG TIRE CORPORATION, *sued individually and as successor-in-interest to* ARMSTRONG TIRE CO.);
JOHN DOE'S 1-10          DEFENDANTS

## STIPULATED ORDER SUBSTITUTING BASF CATALYSTS LLC FOR BASF CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jeff S. Drewry, individually, and on behalf of all wrongful death beneficiaries, and as Administrator of the Estate of Bobby Drewry, and Separate Defendant BASF Corporation, that BASF Catalysts LLC, as alleged successor-in-interest to Engelhard Corporation, shall be substituted in place of BASF Corporation as a defendant in this action.

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that BASF Catalysts LLC, as alleged successor-in-interest to Engelhard

Corporation, shall be substituted for BASF Corporation in all pleadings and papers served or filed in this action.

Dated: July 12, 2013

_____
HONORABLE KRISTINE G. BAKER

*Attorneys for BASF Corporation*

By: _____
KEVIN A. CRASS, #84029

FRIDAY, ELDREDGE & CLARK, LLP
Kevin A. Crass, Ark. Bar No. 84029
Phillip M. Brick, Jr., Ark. Bar No. 2009116
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
E-Mail: crass@fridayfirm.com
E-Mail: pbrick@fridayfirm.com

*Attorneys for Plaintiff*

By: _____
AARON L. MARTIN, #2002086

MARTIN & KIEKLAK
Aaron L. Martin, Ark. Bar No. 2002086
Post Office Box 3597
Fayetteville, AR 72702
479-442-2244
E-Mail: aaron@mklawfirm.com

R.G. TAYLOR, II, P.C. & ASSOC.
James C. Ferrell, Tex. Bar No. 00785857
Brandon Hughes, Tex. Bar No. 24064141
One Allen Center
500 Dallas, Suite 3400
Houston, TX 77002
713-654-7799
E-Mail: brandonhughes@rgtaylorlaw.com
E-Mail: jferrell@rgtaylorlaw.com