IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF S. DREWRY, individually and
on behalf of all wrongful death beneficiaries
and as administrator of the
Estate of Bobby Drewry                                                          PLAINTIFF

v.                             Case No. 4:12CV00153 KGB

CYPRUS AMAX MINERALS CO., *et al.*                                              DEFENDANTS

## ORDER

Before the Court is separate defendant's motion for admission of attorney *pro hac vice* (Dkt. No. 77). The motion is granted pursuant to Local Rule 83.5(d). C. Vernon Hartline Jr., in addition to Richard N. Watts, shall be counsel of record for separate defendant Pirellli Tire LLC, incorrectly sued herein as Pirelli Armstrong Tire Corporation 3 (a/k/a Pirelli Armstrong Tire Corporation, sued individually and as successor-in-interest to Armstrong Tire Co.).

SO ORDERED this the 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge