IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFF S. DREWRY, individually and
on behalf of all wrongful death beneficiaries
and as administrator of the
Estate of Bobby Drewry**                                                                **PLAINTIFF**

v.                              Case No. 4:12CV00153 KGB

**CYPRUS AMAX MINERALS CO.,** *et al.*                                          **DEFENDANTS**

## ORDER

Before the Court is separate defendant Whittaker, Clark & Daniels, Inc.'s ("Whittaker") reply to response to motion to dismiss and unopposed motion for extension of time (Dkt. No. 78). Whittaker requests that the Court deny its motion to dismiss as moot and that the Court grant its unopposed motion for extension of time. Plaintiff does not oppose this motion. For good cause shown, Whittaker's motion is hereby granted (Dkt. No. 78). Whittaker shall have up to and including August 30, 2013, to answer or otherwise respond to plaintiff's complaint in this action. Whittaker's motion to dismiss is hereby denied as moot (Dkt. No. 68).

SO ORDERED this the 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge